UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WALTER RAYFIELD MCGLOTHIN,
    Plaintiff,

vs.         Case No.: 3:18cv1435/MCR/EMT

OKALOOSA COUNTY BOARD OF
COUNTY COMMISSIONERS, et al.,
    Defendants.
_____/

**O R D E R**

This cause is before the Court on consideration of the Chief Magistrate Judge's Report and Recommendation dated July 10, 2018 (ECF No. 5). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED without prejudice** for failure to state a

claim upon which relief may be granted, pursuant to and 28 U.S.C. § 1915(e)(2)(B)(ii); and

3. The Clerk is directed to enter judgment accordingly and close the case.

**DONE AND ORDERED** this 13th day of August 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**